UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN LAMY,
    Plaintiff,

      V                    CA 08-11621-JLT

BRUKER BIOSPIN,
    Defendant.

## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

  The court having been advised on May 5, 2009 by counsel for the parties that the above action has been settled:

    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 30 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                              Zita Lovett,
                                /s/
                              _____
                              Deputy Clerk

May 5, 2009